UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

**RONALD SATISH EMRIT**                    CASE NO. 6:25-CV-00462

**VERSUS**                                 JUDGE ROBERT R. SUMMERHAYS

**FEDERAL RESERVE BANK, ET AL.**           MAGISTRATE JUDGE DAVID J. AYO

## ORDER

Ronald Emrit has filed numerous frivolous lawsuits in federal courts across the country for over a decade.[1] Six days after he filed this lawsuit, the Chief Judge of the Western District of Louisiana entered an order dismissing a separate suit brought by Emrit. That order reads as follows:

> Ronald Emrit keeps filing frivolous lawsuits. *See Emrit v. Barkley*, 23-1275, 2023 WL 3300970 (3d Cir. May 8, 2023) ("Emrit has filed over 500 lawsuits throughout the country."). Here, Mr. Emrit seeks $500,000,000,000—and delivery of his Ukrainian bride—from various intergovernmental associations. *See* ECF No. 1 at 1, 5. He alleges a conspiracy involving the Haunted Mansion at Disneyworld, a NASA astrobiologist, and actress Helen Mirren. *Id.* at 6. In another case, Mr. Emrit seeks to patent a galactic black hole. *See* 25-cv-453 (W.D. La. April 7, 2025). And in another, Mr. Emrit sues P. Diddy for the "crimes of pimping and pandering." *See Emrit v. Combs*, 1:24-CV-00369, 2025 WL 209033 (W.D. La. Jan. 15, 2025). Unfortunately for Mr. Emrit, the Court needn't entertain his delusional claims—and we've already warned him of as much. *See id.*; *see also Atakapa Indian de Creole Nation v. Louisiana*, 943 F.3d 1004, 1006–07 (5th Cir. 2019). Accordingly, Mr. Emrit's claims are **DISMISSED WITH PREJUDICE**. Any further filing by Mr. Emrit in the Western District of Louisiana may only be made with the written permission of the Chief Judge; in this case, the undersigned.[2]

Emrit's suit before this Court is likewise wholly without merit.

---

[1] *See e.g. Emrit v. Cheap-O-Air*, CV PWG-13-803, 2013 WL 12113179 (D. Md. Apr. 1, 2013), *aff'd*, 533 Fed.Appx. 347 (4th Cir. 2013); *Emrit v. Wells Fargo Bank, Inc.*, 18CV318-MMA (JLB), 2018 WL 1410858 (S.D. Cal. Mar. 21, 2018); *Emrit v. Sec'y, United States Dep't of Educ.*, 829 Fed.Appx. 474, 477 (11th Cir. 2020); *Emrit v. Grammy Awards on CBS*, 24-CV-00122-LTB, 2024 WL 3857465 (D. Colo. Jan. 30, 2024), *aff'd*, 24-1056, 2024 WL 3839813 (10th Cir. Aug. 16, 2024); *Emrit v. Cobb Gonzalez Law Firm of Jacksonville, Florida, et al.*, 8:25-CV-999-WFJ-NHA, 2025 WL 1394293 (M.D. Fla. May 14, 2025).

[2] *See Ronald Satish Emrit v. International Court of Justice, et al.*, Case No. 3:25-cv-00447 (W.D. La.), ECF No. 5.

Here, Emrit seeks $500 billion from the Federal Reserve Bank, the Federal Open Market Committee, the Bureau of Engraving and Printing, and the National Mint for "tortious interference with business relations and/or contracts."[3] He asks that "Chief Judge Shelly Dick" (who is the Chief Judge of the Middle District of Louisiana, not the Western) "issue a declaratory judgment related to President Trump's tariffs against Canada, Mexico, and China which are negatively impacting the American economy," or alternatively, "an injunction against the Federal Reserve Bank and/or U.S. Department of Commerce . . . from implementing Donald Trump's tariffs," and/or "requiring that the defendants adjust the interest rates accordingly at which they purchase Treasury Bills (T-Bills) or bonds."[4] From there, he sets forth purported "facts" that are not only wholly unrelated to his claim before this Court, but are "so insubstantial, implausible, . . . or otherwise completely devoid of merit as not to involve a federal controversy."[5] Accordingly,

IT IS HEREBY ORDERED that this suit be **DISMISSED WITH PREJUDICE**.

THUS DONE in Chambers on this 15th day of May, 2025.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE

---

[3] ECF No. 1 at 1.
[4] *Id.* at 2, 10.
[5] *Atakapa Indian de Creole Nation v. Louisiana*, 943 F.3d 1004, 1006 (5th Cir. 2019) (quoting *Oneida Indian Nation of N.Y. v. Oneida Cty.*, 414 U.S. 661, 666 (1974)).